# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ASHLEY GRIFFIN**                                               **PLAINTIFF**

**v.**                          **No. 3:18-cv-110-DPM-JJV**

**ARKANSAS COMMUNITY CORRECTIONS;**
**SHEILA SHARP, Director, ACC; SILAS,**
**Warden, ACC; and A. LEVINE,**
**Assistant Warden, ACC**                              **DEFENDANTS**

## ORDER

**1.** On *de novo* review, the Court partly adopts and partly declines without prejudice the recommendation, № 11. FED. R. CIV. P. 72(b)(3). The Court has reviewed every one of Griffin's filings. Notwithstanding her frustrations, she hasn't alleged facts to support a claim for deliberate indifference by the named individual defendants. And she can't raise claims on others' behalf.

**2.** The Court partly sustains Griffin's objections, № 13, № 14, & № 15. Griffin talks about amendment and, in her recent filings, she's alleged some facts that may state a claim against Officer Johnson, Mrs. Stokes, and Mrs. Williams. *E.g.*, № 13. The Court therefore returns Griffin's case to the Magistrate Judge for further development, including re-pleading and screening.

So Ordered.

D.P. Marshall Jr.
United States District Judge

6 August 2018