# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ASHLEY GRIFFIN                                                    PLAINTIFF

v.                            No. 3:18-cv-110-DPM

ARKANSAS COMMUNITY CORRECTIONS;
SHEILA SHARP, Director, ACC; SILAS,
Warden, ACC; and A. LEVINE,
Assistant Warden, ACC                                            DEFENDANTS

## ORDER

Though there were some mail problems earlier, № 16 & № 19, none of the Court's recent mail to Griffin has been returned undelivered. Nonetheless, she hasn't filed an amended complaint or responded to the pending recommendation. № 18 & № 20. The unopposed recommendation, № 20, is therefore adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Griffin's complaint will be dismissed without prejudice for failing to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 September 2018