# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ASHLEY GRIFFIN**                                                     PLAINTIFF

v.                          No. 3:18-cv-110-DPM

**ARKANSAS COMMUNITY CORRECTIONS;
SHEILA SHARP, Director, ACC; SILAS,
Warden, ACC; and A. LEVINE,
Assistant Warden, ACC**                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2018